# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EPIGMENIO AYALA-RUIZ,<br><br>　　　　　Defendant. | Case No.: 21-cr-3508-AJB<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |

The United States' motion to dismiss the indictment (ECF No. 24) is GRANTED. The Court dismisses the indictment without prejudice, denies all pending motions as moot, and vacates all pending hearing dates.

**IT IS SO ORDERED.**

Dated:  February 1, 2022

　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　United States District Judge